FILED
NOV 15 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　　DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19-CR-03828-DMS |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER DISMISSING THE INDICTMENT WITHOUT PREJUDICE** |
| VERONICA ARAUZ-VILLEGAS, | |
| Defendant. | |

On motion of the United States and with good cause shown, the Indictment in this case is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: November 15, 2019

Honorable Dana M. Sabraw
United States District Judge